IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE L. CAPITULO AND NORMAN P. CAPITULO,<br><br>    Plaintiffs,<br><br>  v.<br><br>WACHOVIA MORTAGE, FSB; GOLDEN WEST SAVINGS ASSOCIATION SERVICE, CO.; and DOES 1-250, inclusive,<br><br>    Defendants. | No. C 10-05226 CW<br><br>ORDER REGARDING PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS |

On December 10, 2010, Defendants Golden West Savings Association Service Co. and Wachovia Mortgage, formerly known as Wachovia Mortgage, FSB, filed an amended motion to dismiss Plaintiffs' claims. The hearing on the motion was set for January 20, 2011. Plaintiffs' opposition was due on December 30, 2010. After Plaintiffs, who are represented by counsel, failed to file any opposition, the Court vacated the hearing date and ordered Plaintiffs to respond by January 14, 2011. Docket No. 16. At that time, the Court warned Plaintiffs that failure to submit a response could result in dismissal of their action for failure to prosecute. Plaintiff did not comply with the Court's order. Thus, the Court dismisses Plaintiff's action for failure to prosecute.

    IT IS SO ORDERED.

Dated: 1/19/2011

CLAUDIA WILKEN
United States District Judge