IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE L. CAPITULO AND NORMAN P. CAPITULO,<br><br>      Plaintiffs,<br><br>  v.<br><br>WACHOVIA MORTAGE, FSB; GOLDEN WEST SAVINGS ASSOCIATION SERVICE, CO.; and DOES 1-250, inclusive,<br><br>      Defendants.<br>_____/ | No. C 10-05226 CW<br><br>ORDER DENYING DEFENDANTS' REQUEST FOR ENTRY OF JUDGMENT<br>(Docket No. 18) |

    On January 25, 2011, Defendants Wachovia Mortgage, a division of Wells Fargo Bank, N.A., formerly known as Wachovia Mortgage, FSB (Wachovia), and Golden West Savings Association Service Co. (Golden West) filed a proposed order for entry of judgment against Plaintiffs.  When the Court dismissed Plaintiffs' action on January 19, 2011, the order of dismissal was without prejudice for Plaintiffs' failure to prosecute the case.  Accordingly, the case has been closed without entry of judgment.  The Court DENIES Defendants' request for entry of judgment.

    IT IS SO ORDERED.

Dated: 2/3/2011

                                      CLAUDIA WILKEN
                                      United States District Judge